FILED
JUN 24 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTOPHER RANDLE,

        Petitioner,

    v.

J.E. THOMAS, Warden,
FCI Sheridan,

        Respondent.

Civil No. 09-106-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss (#23) this action is GRANTED.

    IT IS SO ORDERED.

    DATED this 23rd day of June, 2009.

                                    John V. Acosta
                                    United States Magistrate Judge

1 - ORDER -